## CASE ANNOUNCEMENTS

*December 3, 2013*

[Cite as *12/03/2013 Case Announcements*, 2013-Ohio-5283.]

## MOTION AND PROCEDURAL RULINGS

**2013–0332.   State v. Johnson.**
Butler App. No. CA2011–11–212. This cause is pending before the court as an appeal from the Court of Appeals for Butler County.

Upon consideration of appellee's motion to reschedule oral argument, it is ordered by the court that the motion is denied.